RECEIVED

JAN 2 8 2022

BY MAIL

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### _____ DIVISION

Richard Lynn McCoy Junior
#10004185                       )
(*Write the full name of the plaintiff in this action.*   )
*Include prisoner registration number.*)      )
                                )
                                )
**v.**                          )
C/OI Pree, C/OI Wynn,           )
C/OI Greene, C/OI Ensley        )
C/OIII LT. Waite, Warden of NECC, )
Corizon of NECC, Corizon Nurse  )
~~Doctor~~ Doctor (Unknown) JCCC (unknown) )
(*Write the full name of each defendant. The caption* )
*must include the names of* **all** *of the parties.* )
*Fed. R. Civ. P. 10(a). Merely listing one party and* )
*writing "et al." is insufficient. Attach additional* )
*sheets if necessary.*)          )

Case No: _____
(*to be assigned by Clerk of District Court*)

Plaintiff Requests Trial by Jury
☒ Yes   ☐ No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

### NOTICE:

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

## I.    The Parties to this Complaint

### A.    The Plaintiff

Name: Richard Lynn McCoy Junior

Other names you have used: N/A

Prisoner Registration Number: 1000485

Current Institution:

Indicate your prisoner status:

☐ Pretrial detainee            ☒ Convicted and sentenced state prisoner

☐ Civilly committed detainee    ☐ Convicted and sentenced federal prisoner

☐ Immigration detainee          ☐ Other (explain): _____

### B.    The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: C/O I Pree (First name Unknown)

Job or Title: C/O I

Badge/Shield Number: Unknown

Employer: At Northeast Corr. Center D.O.C.

Address: 13698 Airport Road, Bowling Green, Mo 63334

__X__ Individual Capacity            _____ Official Capacity

**Defendant 2**

Name: Mr. Wynn (first name unknown)

Job or Title: C/O I

Badge/Shield Number: unknown

Employer: Dept. of Corrections

Address: 13698 Airport Rd, Bowling Green, Mo 63334

[X] Individual Capacity          [ ] Official Capacity

## II.  Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

Defendant 3
name : MR. Greene (First name Unknown)
Job or title: C/O I
Badge NO#: Unknown
Employer: D.O.C.
Address: 13698 Airport Rd, Bowling Green, Mo. 63334

    X  Individual Capacity        ___ official Capacity

Defendant 4
Name : Mr. Lt. Waite (First name Unknown)
Job/title: C/O III LT.
Badge No#: Unknown
Employer : Dept. Of Corr.
Address: 13698 Airport Rd, Bowling Green, Mo 63334
    X  Individual Capacity       ___ Official Capacity

Defendant 5
Name : Mr. Ensley (First name Unknown)
Job/title: C/O 1
Badge No#: Unknown
Employer: D.O.C
Address: 13698 Airport Rd, Bowling Green, Mo 63334
    X Individual Capacity       ___ Official Capacity

Defendant 6
Name: Doctor Name (Unknown)
Job/title: Doctor (that Saw Me for Injuries) days later
Badge NO# Unknown
Employer: Corizon
Address: 13698 Airport Rd, Bowling Green, Mo 63334
    X Individual Capacity   ___ Official Capacity

Defendant 7

name: Corizon

Job-title: Corizon employee

Badge No# N/A

employer: Corizon /D.o.C

Address: 13698 Airport Rd, Bowling Green, Mo 63334

X Individual Capacity ___ Official Capacity

Defendant 8

name: Corizon Nurse (Unknown)

Job/title Corizon Nurse/Doctor

Badge No# Unknown

employer: Corizon

Address: 8200 No More Victims Road, Jefferson City, Mo 65101

X Individually Capacity ___ Official Capacity

Incident Between 7:30 PM - 11:59 PM,

1.) ON 4-6-20 I WAS escorted out of cell #142 H.U. #1 D By C/0I Wynn And C/0III Waite After being MacED. I WAS taken out of Housing Unit front Door of C+D SidE Towards A & B Side front (outside) doors when C/0III told officer Wynn to Hold me against the wall. C/0 III Waite Began to UFC STyle Knee me to my left Rib area & Buttock Area with Tremendous Force with the Intent To cause Bodily Harm.

2.) During This Incident C/0I Pree, C/0I Greene & C/0I Ensley Watched AS this occured And NEVEr Tried to stop the ASSault nor Report the wrong Illegal Act To my Knowledge. (All ABove staff was Present during Assault)

3.) I WAS NEVEr NON-compliant from the time I exited 1-D #142, Nor In front of H.U. #1 A&B Front Porch, Nor during Assault or After. I was kneed with Brute Force, And Held up by C/0I Wynn by my Right arm and LT. Waite Holding Me from Back & Kneeing Me.

4.) After this ASSault I was Escorted To #1 A-wing Bench and put on Bench In front of the wing for several Hours.

5.) This All transpired At N.E.C.C. There's A camera on the front of Housing Unit 1 and I asked for this to Be SavEd. But unsure which way they were facing. But they are suppose To face The Doors where this happened.

6.) It occurred Between The Hours of 7:30 pm - 11:59 pm on 4-6-20

X PERSONALLY INDULGED OR ACTED

1.) The warden was Notified AT N.E.C.C. OF theeS Allegations I Became NON-Compliant during my escort and this was ASSault. THIS WARDEN CLEARLY NEGLECTED MY CLAim or To Investigate properly (NOTE: I NEVEr WAS NON-compliant) And Allowed the Assault & Many others.

2.) C/0I WYNN Directly Participated IN Assaulting Plaintiff by holding me against WAll for Assault.

3.) C/0I Pree, C/0I Greene, C/0I Ensley All stood by and remained their 'code of silence' to criminally Protect there co-workers, by Not speaking out And up-holding their Job duties of NOT reporting staff Misconduct

4.) C/0III WAITE Intentionally Assaulted Plaintiff with the Intent to cause harm by maliciously and sadistically Applying this act. NOT in the Good Faith effort to maintain or Restore discipline.

See pg 1 of 1

### III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I WAS Scheduled To see the Doctor At NECC After the Incident and WAS Told I had some swelling & Bruising. But I continued to Be in constant Pain Throughout the Months I've sent In medical HSR's After HSR & was ignor And told that they were backed up due to covid or Ignored Me Totally. On 1-25-22 I was finally given an X-RAY At JCCC By Medical Technician Olivia Edwards & DOCTOR STONE XRAY My leg on 1-25-22 And Told me that there was A Injury to my Pelvic/left leg area and was the reason why I was Always In pain. But It would Be sent To A Radiologist. My Injuries has Been overlooked at NECC But medical staff Have put me on simbolta And CAPZASIN cream In the month of January of 2022 At JCCC. I've Also Been Neglected BY JCCC medical As well for Months on IN. There HAS Been Numerous Request For PAIN MEDS AND I HAVE NOT

1 OF 1

Statement of Claim                                          1/00/21 & 2/00/21

Continued....

Personally Indulged or Acted          Time/Date
                                        1-00-21 and 2-00-21

5.) CORIZON Nurse At JCCC WAS NOTified and plaintiff (unknown) WAS told due to COVID that they were backed Up and Company Was Changing be patient.

6.) CORIZON Doctor of NECC told ME (Plaintiff) That she Would put me (plaintiff) in for Xray and the Swelling would go down and pain woold stop. On or About 4-7-20

* (C/OIII LT. WAite, C/OI Pree, C/OI Ensley, C/OI Wynn & C/OI Greene)

① Plaintiff was Restrained In Risk Restraints behind his back and walked Pass Ro. 1-D Wing Restraint Bench, (With the Intent for D.O.C. Staff to Maliciously/Sadistically Carry out this Assault w/ the Intent To Cause bodily harm) To Go outside the Housing Unit to Another Wing (H.U. #1-A Wing) Restraint Bench.

Which has No Merit of justification None what so ever. How Do you Explain this ?? A bench is A bench.

② It WAS Also creul & Unusual punishment And All Inmates have the right to be free from this. Especially after plaintiff was subdue through A food port In 1-D #142 And NON-resisting. No reasonable officer could agree that striking/kicking a restraint Inmate in side & buttock/hip With Enough force to break a Rib or pelvic or disrupt/ fracture is neccessary under established law.

③ When Medical staff at Both facilities fail to adequately provide plaintiff With A Cane, Walker, Wheelchair, Pain Meds, or take Allegations serious for Almost 2 years. Neglect in it rawest forms. On Both JCCC & NECC CORIZON Employee's

III. Injuries (continue)

Gotten! (For Over A Year by JCCC Nurses/Doctors.) Nor proper Xrays!

1.) Pain Meds That Ive Been Neglected for over A year At JCCC

2.) Pain Meds That I was Neglected for over 7-8 months at NECC

3.) Xrays that I requested and during Visit at Sick Call.

4.) Several H.SA's Being Neglected during Necc & JCCC

5.) The Injuries Ive sustained Is "Severe Constant Pain In my left hip area and Back (lower)

2.) Trouble walking or standing for long periods of times

3.) Numbness/loss of feeling in left leg

4.) When Ive complained in the pass I was told that the pain Would subside and eventually go away by A Nurse almost 2 yrs later (Around or About 12-00-21)

5.) Ive Been Forced To live on Top walks Area's Where I have To walk up & down step Which Cause Severe pain

6.) Times where Im Unable To stand or put weight on left leg. And Staff Wrote it As plaintiff was Faking.

## IV.    Relief

State briefly and precisely what you want the Court to do for you.  Do not make legal arguments.
Do not cite any cases or statutes.  If you are requesting money damages, include the amounts of
any actual damages and/or punitive damages you are claiming.  Explain why you believe you are
entitled to recover those damages. STAFF/Medical/Warden

Compensatory Damages: $4.7 million Because I will Be Permitntly disable in my leg/hip/~~back~~ due To this Injury w/o The total use of my leg.(Pain/suffering) Cant Be 100% the way I was Before the Injury.
Punitive Damages :$1.8 Million, The staff/Medical/Warden Knew And w/ Evil Intent cause Bodily Harm By Maliciously Assaulting Me motivated by reckless/callous indifference To My Rights

## V.    Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action
shall be brought with respect to prison conditions under section 1983 of this title, or any other
Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such
administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed
if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other
correctional facility?

☒ Yes          ☐ No

If yes, name the jail, prison or other correctional facility where you were confined at the
time of the events giving rise to your claim(s):

Northeast Corr. Center, 13698 Airport Rd., Bowling Green, Mo. 63334

B.    Does the jail, prison or other correctional facility where your claim(s) arose have
a grievance procedure?

☒ Yes          ☐ No          ☐ Do not know

C.    If yes, does the grievance procedure at the jail, prison or other correctional facility
where your claim(s) arose cover some or all of your claims?

☒ Yes          ☐ No          ☐ Do not know

5

If yes, which claim(s)? EXCESSIVE USE of Force, LACK OF Medical Treatment.
CrEUl & Unusoal punishment
~~Careleesctcelestecat~~

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes          ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes          ☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance? N.E.C.C.

2.    What did you claim in your grievance? (*Attach a copy of your grievance, if available*) EXCessive USE of Force By staff.
Racial Discrimination/Agenda

3.    What was the result, if any? (*Attach a copy of any written response to your grievance, if available*) My Grievance was denied. &
Denied. Im trying To obtain all my Grievanees
from my property or Grievance officer.
to NO Avail
BEing Ignored

6

4.     What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

I filed Grievance & Grievance appeal. Exhausted Remedies, In the Complaint w/ this Incident. LOG NO# NECC-20-472



F.     If you did not file a grievance.

1.     If there are any reasons why you did not file a grievance, state them here:

N/A

2.     If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Caseworker of Hill #1 house name: NAME/UNKNOWN "F.U.m Preston" "Warden of NECC" on or About I reported this the following day. 4-7-20 I even wrote the warden Shortly after the Incident on 4-6-20. I filed I.R.R., Grievance & Appeal

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I finally Got an X.RAY on 1-25-22 on my left leg and hip area. I was told that I have a Injury to my pelvic. The X.Ray has to be sent to An Radioligist, for futher review.                In Time!

NECC-Claim To have (does) NOT Recieved one of my Grievances But I DID exhaust

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)   The Grievance procedure on this Incident.
In my original Grievance Policy states that staff are To Send offender Notification of Recieving our complaint along w/ date recieved. But Are Neglecting To do so.  7

## VI.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.    To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

☑ Yes            ☐ No

If yes, state which court dismissed your case and when it was dismissed.  Attach a copy of the court's order, if possible.

EAStern District . . .

Unsure About when

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes            ☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1.    Parties to the previous lawsuit

Plaintiff _____ N/A _____

Defendant(s) ____ N/A _____

2.    Court (*if federal court, name the district; if state court, name the state and county*)

3.    Docket or case number _____ N/A _____

4.    Name of Judge assigned to your case ____ N/A _____

8

5.    Approximate date of filing lawsuit ___N/A___

6.    Is the case still pending?

    ☐ Yes     N/A

    ☒ No  (*If no, give the approximate date of disposition*):_____

7.    What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

    N/A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    ☒ Yes          ☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.    Parties to the previous lawsuit

    Plaintiff _____

    Defendant(s) _Unknown/Cant Remember_

2.    Court (*if federal court, name the district; if state court, name the state and county*)

3.    Docket or case number ____Unknown____

4.    Name of Judge assigned to your case ____Unknown____

5.    Approximate date of filing lawsuit ___Cant Remember___

9

6.    Is the case still pending?

☐    Yes

☒    No (*If no, give the approximate date of disposition*): _Unknown_

7.    What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)



## VII.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _25th_ day of _January_ , 20_22_.

Signature of Plaintiff

10