UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD LYNN MCCOY, JR., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:22-CV-114 JAR |
| UNKNOWN PREE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon plaintiff's motion for thirty-day extension of time to pay the initial partial filing fee of $13.65. For good cause shown the Court will grant plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for a thirty-day extension of time to pay the initial partial filing fee of $13.65 [ECF No. 11] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) this case number; and (4) the statement that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that if plaintiff fails to pay the initial partial filing fee within thirty (30) days of the date of this Order, then this case will be dismissed without prejudice.

Dated this 19th day of August, 2022.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE