**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

RICHARD LYNN MCCOY, JR.,        )
                                      )
        Plaintiff,               )
                                      )
        v.                   )          No. 4:22-CV-114 JAR
                                      )
UNKNOWN PREE, et al.,          )
                                      )
        Defendants.         )

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. The Court reviewed plaintiff's amended complaint on July 18, 2022, and process was issued on several claims in plaintiff's amended complaint on that same date. [ECF Nos. 7, 8 and 9]. On August 11, 2022, plaintiff filed a Declaration of another inmate, Lamont Owens, presumably as evidence in this action. [ECF No. 15].

In civil actions, discovery and disclosure materials shall not be filed with the Court except as exhibits to a motion or memorandum. E.D. Mo. L.R. 26 – 3.02. Thus, this Court will not accept plaintiff's discovery documents unless they are attached to a motion for relief. The Court will instruct the Clerk of Court to return the Declaration of Lamont Owens, contained in Docket No. 15, as well as any additional discovery sent to the Court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's discovery documents shall be returned to plaintiff [ECF No. 15] as the Court does not allow discovery documents to be filed with the Court unless they are filed as attachments to motions for relief.

Dated this _19ᵗʰ_ day of August, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

2