## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD LYNN MCCOY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-CV-114 JAR |
| | ) | |
| UNKNOWN PREE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for extension of time to respond to defendants' motion to dismiss plaintiff's complaint. Plaintiff indicates that he has been in Administrative Segregation and unable to reply to the motion to dismiss. He seeks additional time to do so. For good cause shown the Court will provide plaintiff an additional thirty (30) days to respond to defendants' motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to respond to defendants' motion to dismiss [ECF No. 28] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall file a response to defendants' motion to dismiss plaintiff's complaint and memorandum in support **no later than thirty (30) days** from the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that plaintiff's failure to file a response brief may result in a dismissal of this action, without prejudice.

Dated this 28th day of October, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE