**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD LYNN MCCOY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-CV-00114 JAR |
| | ) | |
| UNKNOWN PREE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court *sua sponte*. On September 15, 2022, Assistant Attorney General Kelli Reichert filed a document titled, "Entry of Appearance and Waiver of Service." [ECF No. 24]. Although counsel entered her appearance and agreed to waive service on behalf of defendants John Pree, Richard Waite, Collin Wynn and Daylon Green, counsel added a sentence to her pleading noting: "Counsel was unable to contact and waive service for Defendant Ensley, who has been identified as Jerod Ensley."[1]

As a result, the Court will order Ms. Reichert to submit the last known home address for defendant Jerod Ensley under seal and *ex parte* so that service may be effectuated on this defendant.

Accordingly,

---

[1] Also on September 15, 2022, counsel for defendants filed a motion to dismiss defendants Pree, Waite, Wynn and Green from this action.

**IT IS HEREBY ORDERED** that Assistant Attorney General Kelli Reichert is directed to submit the last known home address for defendant Jerod Ensley to the Court, under seal and *ex parte*, no later than twenty-one (21) days from the date of this Order.

Dated this 31st day of March, 2023.

_John A. Ross_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE