UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD LYNN MCCOY, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:22-CV-00114 JAR |
| UNKNOWN PREE, et al., | ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon the Missouri Attorney General's Office filing of the last known address for defendant Jerod Ensley. [ECF No. 35]. Because plaintiff Richard Lynn McCoy, Jr. is proceeding in forma pauperis, the Court will direct the Clerk of Court to effectuate service of process through the United States Marshal's Service, using the address provided in docket number 35. *See* Fed. R. Civ. P. 4(c)(3). A copy of the summons and return of summons shall be filed under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshal's Service upon defendant Jerod Ensley in his individual capacity, for plaintiff's claims of excessive force, deliberate indifference to serious medical needs and failure to intervene in violation of the Eighth Amendment, as well as Missouri state law claims of assault and battery, at the address provided in docket number 35.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and *ex parte*.

Dated this 11th day of April, 2023.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE