UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD LYNN MCCOY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-CV-00114 JAR |
| | ) | |
| UNKNOWN PREE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court *sua sponte*. Service was effectuated on defendant Jarrod Ensley on April 20, 2023, under the Illinois Long-Arm Statute. An answer or other responsive pleading on behalf of defendant Ensley was due to the Court no later than May 11, 2023. *See* Fed.R.Civ.P.12(a)(1)(A). The Court will Order defense counsel to indicate, no later than fourteen (14) days from the date of this Order if they will be representing defendant Ensley in this matter. If defense counsel intends to represent defendant Ensley, counsel shall file an answer or other responsive pleading no later than fourteen (14) days from the date of this Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that no later than fourteen (14) days from the date of this Order, defense counsel shall indicate if they will be representing defendant Jarrod Ensley in this matter.

**IT IS FURTHER ORDERED** that if counsel intends to represent defendant Ensley, counsel shall file an answer or other responsive pleading no later than fourteen (14) days from the date of this Memorandum and Order.

Dated this 23rd day of May, 2023.

                                                         */s/ John A. Ross*
                                                 JOHN A. ROSS
                                                 UNITED STATES DISTRICT JUDGE