UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD LYNN MCCOY, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:22-CV-00114 JAR |
| JOHN PREE, et al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

Upon review of the Court file, the Court notes that the return of proof of service upon defendant Jarrod Ensley was filed on April 27, 2023. *See* ECF Nos. 39 and 40. Jarrod Ensley was served with process by the U.S. Marshals on April 20, 2023, in accordance with the Illinois Long-Arm Statute. *Id.* Pursuant to Federal Rule of Civil Procedure 12, a defendant's responsive pleading is due within twenty-one (21) days after being served. Defendant Jarrod Ensley's answer or other responsive pleading to plaintiff's amended complaint was due no later than May 11, 2023. As of the date of this Order, nothing has been filed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within **thirty (30) days** of the date of this Order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration, with respect to defendant Jarrod Ensley. Failure to comply with this order may result in partial dismissal of all claims against defendant Ensley, without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Order, along with a copy of plaintiff's amended complaint [ECF No. 8] and the Order issuing process [ECF Nos. 7 and 9], to defendant Jarrod Ensley at the address at which he was personally served.

Dated this 10th day of July, 2023.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE